# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GARY MOSS,

    Plaintiff,

v.                                            Case No. 3:19-cv-637-MMH-JBT

MIAMI AIR INTERNATIONAL, INC.,

    Defendant.

## **O R D E R**

**THIS CAUSE** is before the Court on the parties' Joint Notice as to Whether Stay Should be Lifted (Doc. 38; Joint Notice). On March 27, 2020, the Court stayed this action after Defendant, Miami Air International, Inc., advised it had filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Florida (Bankruptcy Court). (Doc. 33). The parties agree the Bankruptcy Court granted Plaintiff, Gary Moss, conditional relief from the automatic stay to pursue his claims in this action. (Doc. 36). Since the original justification for the stay is no longer applicable, this case is due to be reopened.[1]

---

[1] In the Joint Notice, Defendant asks the Court to leave the stay in place for an additional 90 days to allow the parties to continue settlement discussions and coordinate a formal mediation or settlement conference. (Doc. 38). Plaintiff is opposed to Defendant's suggestion. Id. If Defendant believes independent grounds for a stay exist, Defendant may file an appropriate motion requesting that relief.

After due consideration, it is

**ORDERED:**

1. The stay previously entered by the Court (Doc. 33) is **LIFTED**.

2. The Clerk of Court is **DIRECTED** to reopen this case.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of May, 2021.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

Lc29
Copies to:

Counsel of Record
Pro Se Parties